CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 05 2018

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonaod
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMAR ANTWAUN GLADDEN,<br>    Plaintiff, | Civil Action No. 7:17-cv-00001 |
| v. | **DISMISSAL ORDER** |
| MRS. WORKMAN, et al,<br>    Defendant(s). | By:   Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of January, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge